**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**MATTHEW FOLLIS**                     **DOCKET NO. 2:23-CV-0376**
                                                  **SECTION P**

**VERSUS**                                       **JUDGE JAMES D. CAIN, JR.**

**LOUISIANA WORKFORCE, LLC, ET AL.**    **MAGISTRATE    JUDGE**
**LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, determining that the findings are correct under the applicable law,

and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter is

**DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 11th day of May, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**